UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA A. TORETTA,

    Plaintiff,

v.                                   Case No. 14-11220

INDYMAC FINANCIAL SERVICES,

    Defendant.
_____/

**ORDER TERMINATING PLAINTIFF'S COUNSEL AND SETTING DEADLINE TO FIND SUBSTITUTE COUNSEL**

Plaintiff's counsel having been suspended from the practice of law,

IT IS ORDERED that Plaintiff's counsel Bruce R. Redman is hereby TERMINATED from his representation in this matter. Plaintiff shall have 28 days to find substitute counsel after which time, in the absence of an appearance of new counsel, she will be deemed to be proceeding pro se.

After 28 days have passed, whether or not an appearance has been filed, the court will issue a scheduling order.

Attorney Bruce R. Redman is DIRECTED to (1) deliver a copy of this order to Plaintiff immediately and (2) notify the court's case manager of Plaintiff's contact information.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: May 21, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 21, 2014, by electronic and/or ordinary mail.

                                              S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522